UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM O'BRIEN,         CIVIL DIVISION

       Plaintiff,         Case No. 2:20-cv-00273-NBF

       v.

AZROF PROPERTIES, INC., MVILLE
ASSOCIATES, INC., MATTHEW BROCK
HUNT, and BETH HARTZELL,

       Defendants.

## ORDER

AND NOW, this __2nd__ day of __December__, 2020, upon review of the parties' joint motion for approval of FLSA settlement [ECF 31], and the citations to legal authority referenced therein, and upon consideration of the parties' positions and arguments in support of the motion and on the issue raised by the Court regarding the confidentiality provisions contained in the proposed settlement agreement submitted to the Court [ECF 31-1] during the telephonic status conference held on Wednesday, December 2, 2020, it is hereby ORDERED that the motion for approval is GRANTED.

The Court recognizes there is a strong presumption of openness inherent in the FLSA and its administration and therefore enters this Order approving the proposed settlement with the understanding that the parties' intention regarding the confidentiality provision in the settlement agreement is that it binds only the plaintiff and the defendants to confidentiality.

It is further ORDERED that the Court shall retain jurisdiction to enforce the terms of the settlement agreement of the parties if such need arises.

It is finally ORDERED that the clerk is to mark this case as CLOSED on the docket.

BY THE COURT:

s/Nora Barry Fischer
Nora Barry Fischer
Senior United States District Court Judge